NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar No. 13644

BRIANNA SMITH
Assistant United States Attorney
Nevada Bar No. 11795
501 Las Vegas Boulevard, South, Suite 1100
Las Vegas, Nevada 89101
Telephone: 702-388-6336
Brianna.Smith@usdoj.gov
*Attorneys for the United States*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Julia Barrientos, | Case No. 2:19-cv-00901-JCM-CWH |
| Plaintiff, | |
| v. | **Stipulation and Order for Dismissal with Prejudice** |
| United States of America, | |
| Defendant. | |

It is hereby stipulated, by and between Plaintiff Julia Barrientos, by and through her counsel of record, and Defendant United States of America, through its counsel of record, that Plaintiff's Complaint against the United States of America be dismissed, with prejudice, with each party to bear their own fees and costs.

Dated this 11th day of December 2019.

| | |
|---|---|
| BERNSTEIN & POISSON | NICHOLAS A. T`RUTANICH<br>United States Attorney |
| /s/ Ryan Kerbow<br>RYAN KERBOW<br>320 S. Jones Blvd.<br>Las Vegas, Nevada 89107<br>*Attorneys for Plaintiff* | /s/ Brianna Smith<br>BRIANNA SMITH<br>Assistant United States Attorney<br>*Attorneys for the United States* |

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: December 20, 2019.